946

*Oscar L. Chapman* for the Michigan Consolidated Gas Co., respondents.

No. 739. BUSINESS MEN'S ASSURANCE CO. *v.* DRIGGERS. C. A. 5th Cir. Certiorari denied. *William Lipscomb* and *George L. Gordon* for petitioner.

No. 740. BEATY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 741. JOHNSON *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Thurgood Marshall* and *Jack Greenberg* for petitioner. *J. P. Coleman,* Attorney General of Mississippi, for respondent.

No. 745. FITZPATRICK *v.* SNYDER, COMMANDER, BOSTON NAVAL SHIPYARD, ET AL. C. A. 1st Cir. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 746. THYS COMPANY ET AL. *v.* ANGLO-CALIFORNIA NATIONAL BANK, EXECUTOR. C. A. 9th Cir. Certiorari denied. *Stephen S. Townsend* and *Carl Hoppe* for petitioners. *Arlington C. White* and *Margaret E. White* for respondent.

No. 748. MALL TOOL CO. *v.* BORG-WARNER CORPORATION. C. A. 7th Cir. Certiorari denied. *Horace Dawson* for petitioner. *Casper W. Ooms* for respondent.